# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br>v.<br><br>MICHAEL M. COHEN and PROTEONOMIX, INC.,<br><br>                  Defendants. | Case No. 2:15-cv-01292-MCA-MAH |

## [~~PROPOSED~~] ORDER

Before the Court is Plaintiff's Unopposed Motion to Modify Dates in Discovery Order (the "Motion"). Upon consideration of the Motion, and for good cause shown, the Court ORDERS that the Motion is GRANTED and the deadlines in the Order dated December 28, 2018 (ECF No. 52) are hereby modified as follows:

1. The January 11, 2019, deadlines are changed to 14 days after the current federal government shutdown ends;

2. The January 31, 2019, deadline is changed to 35 days after the current federal government shutdown ends; and

3. The February 11, 2019, deadline is changed to 42 days after the current federal government shutdown ends.

SO ORDERED.

Dated: 1/7/2019

_____
Hon. Madeline Cox Arleo, U.S.D.J.
　　　or
Hon. Michael A. Hammer, U.S.M.J.